**Christopher McREYNOLDS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40812.**

Missouri Court of Appeals,
Western District.

Dec. 6, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 31, 1989.

Application to Transfer Denied
March 14, 1989.

Sean D. O'Brien, Public Defender, John L. Vohs, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and CLARK and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief without evidentiary hearing.

JUDGMENT AFFIRMED. Rule 84.-16(b).